UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT, | Case No.: 5:14-CV-00817 LHK |
| Plaintiff. | |
| v. | CASE MANAGEMENT ORDER |
| STATIONARY ENGINEERS, LOCAL 39, PTF, LLC, | |
| Defendant. | |

Clerk:  Jackie Garcia   Plaintiff's Attorney: Robert David Baker
Reporter:  Lee-Anne Shortridge   Defendant's Attorneys: Steward Weinberg

    The Court held an initial case management conference on June 11, 2014. A further case management conference is scheduled for October 1, 2014, at 2:00 p.m.

    The Court referred the parties to a settlement conference with Magistrate Judge Cousins with a 90-day deadline.

    Plaintiff will file his Second Amended Complaint by June 13, 2014.

    The discovery limits in the Federal Rules of Civil Procedure will govern this case.

    The Court sets the following case schedule:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES: August 8, 2014

CLOSE OF FACT DISCOVERY: December 19, 2014

EXPERT DISCOVERY:
    Opening Reports:    January 8, 2015

1

      Rebuttal Reports:      January 22, 2015
      Cut-off:      February 5, 2015

LAST DAY TO FILE DISPOSITIVE MOTIONS: February 19, 2015. Each party may file only one motion for summary adjudication in this case.

HEARING ON DISPOSITIVE MOTIONS: April 2, 2015 at 1:30 p.m.

FINAL PRETRIAL CONFERNENCE: May 21, 2015

JURY TRIAL: June 15, 2015 at 2:00 p.m.

LENGTH OF TRIAL: 2 days.

**IT IS SO ORDERED.**

Dated: June 11, 2014  
_____
LUCY H. KOH

2

Case No.: 5:14-CV-00817
CASE MANAGEMENT ORDER