UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHARLES LOFT, | ) | Case No.: 5:14-CV-00817 LHK |
| Plaintiff. | ) ) ) | |
| v. | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| STATIONARY ENGINEERS, LOCAL 39, PTF, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

The case management conference set for October 1, 2014, is continued to January 21, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by January 14, 2015.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
LUCY H. KOH