UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT, <br><br>          Plaintiff. <br><br>   v. <br><br>STATIONARY ENGINEERS, LOCAL 39, PTF, LLC, <br><br>          Defendant. | Case No.: 5:14-CV-00817 LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for January 21, 2015 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file a Joint Case Management Statement by <u>Monday, January 19, 2015, at 9 a.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 15, 2015

*Lucy H. Koh*
LUCY H. KOH