UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT,<br><br>        Plaintiff,<br><br>    v.<br><br>STATIONARY ENGINEERS, LOCAL 39 PTF, LLC,<br><br>        Defendant. | Case No.: 14-CV-00817-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO A MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

The case management conference, currently scheduled for January 21, 2015, at 1:30 p.m., is hereby continued to April 2, 2015, at 1:30 p.m. Pursuant to the parties' statement in their joint case management statement that "a further ADR session could be useful," ECF No. 40 at 2, the parties are hereby ordered to participate in a settlement conference with Magistrate Judge Cousins within 90 days of the date of this order.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-00817-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO A MAGISTRATE JUDGE SETTLEMENT CONFERENCE