UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHARLES LOFT, | Case No.: 14-CV-00817-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| STATIONARY ENGINEERS, LOCAL 39 PTF, LLC, | |
| Defendant. | |

Plaintiff's Attorney: Robert Baker
Defendant's Attorney: Stewart Weinberg

A case management conference was held on April 2, 2015.

The Court referred the parties to a settlement conference with Magistrate Judge Nathanael M. Cousins on April 28, 2015, at 9:30 a.m. The parties shall file a joint settlement status report no later than May 1, 2015. The pretrial conference and trial dates remain as set. *See* ECF No. 24.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-00817-LHK
CASE MANAGEMENT ORDER