United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT,<br><br>        Plaintiff,<br><br>    v.<br><br>STATIONARY ENGINEERS, LOCAL 39 PTF, LLC,<br><br>        Defendant. | Case No. 14-CV-00817-LHK<br><br>**ORDER RE: TRIAL DATE**<br><br>Re: Dkt. No. 97 |

Magistrate Judge Cousins has indicated that the parties have reached a settlement agreement. ECF No. 97. Until the parties file a joint stipulation of dismissal, the trial date remains as set.

**IT IS SO ORDERED.**

Dated: June 4, 2015

                                                      *Lucy H. Koh*
                                                  LUCY H. KOH
                                                  United States District Judge