UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT,<br><br>            Plaintiff,<br><br>    v.<br><br>STATIONARY ENGINEERS, LOCAL 39 PTF, LLC,<br><br>            Defendant. | Case No. 14-CV-00817-LHK<br><br>**ORDER RE: JURY COSTS** |

Prospective jurors are currently scheduled to arrive on the morning of Monday, June 15, 2015, for the first day of trial. The Court hereby places the parties on notice that if the parties desire to settle this case prior to trial, and the Court receives a stipulation of dismissal after 5:00 p.m. on Thursday, June 11, 2015, the Court will assess the parties jury costs, including jurors' fees, parking, and mileage.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 14-CV-00817-LHK
ORDER RE: JURY COSTS

1