UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT,<br><br>           Plaintiff,<br><br>     v.<br><br>STATIONARY ENGINEERS, LOCAL 39 PTF, LLC,<br><br>           Defendant. | Case No. 14-CV-00817-LHK<br><br>**VERDICT FORM** |

Dated: June 10, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-00817-LHK
VERDICT FORM

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return the answers under the instructions of this Court as our verdict in this case.

## LABOR-MANAGEMENT REPORTING AND DISCLOSURE ACT

(1) Was Charles Loft served with written specific charges against him?

Yes _____        No _____

*Please proceed to question number 2.*

(2) Was Charles Loft given a reasonable time to prepare his defense to those charges?

Yes _____        No _____

*Please proceed to question number 3*

(3) Was Charles Loft given a full and fair trial?

Yes _____        No _____

*If you answered "No" to any of questions 1, 2, or 3, proceed to question number 4. If you answered "Yes" to questions 1, 2, and 3, proceed to question number 5.*

(4) What are Charles Loft's damages, if any, for violation of the Labor-Management Reporting and Disclosure Act?

$ _____

*Please proceed to question number 5.*

# BREACH OF CONTRACT

(5) Did Stationary Engineers Local 39 breach the International Constitution?

　　　Yes  \_\_\_\_\_　　　　　No  \_\_\_\_\_

*If you answered "Yes" to question number 5, proceed to question number 6.  If you answered "No" to question number 5, proceed to question number 7.*


(6) What are Charles Loft's damages, if any, for breach of contract?

　　　$ _____

*Please proceed to question number 7.*

## BREACH OF THE DUTY OF FAIR REPRESENTATION

(7) Did Sequoia Hospital violate the terms of the collective bargaining agreement between Stationary Engineers Local 39 and Sequoia Hospital?

  Yes \_\_\_\_\_    No \_\_\_\_\_

*If you answered "Yes" to question number 7, proceed to question number 8. If you answered "No" to question number 7, proceed to question number 11.*

(8) Did Charles Loft prove that Stationary Engineers Local 39 failed to fairly represent Charles Loft's best interests in attempting to remedy the violation of the collective bargaining agreement?

  Yes \_\_\_\_\_    No \_\_\_\_\_

*If you answered "Yes" to question number 8, proceed to question number 9. If you answered "No" to question number 8, proceed to question number 11.*

(9) Did Charles Loft prove that Stationary Engineers Local 39 acted in bad faith or in an arbitrary or discriminatory manner when it failed to represent Charles Loft's best interest?

  Yes \_\_\_\_\_    No \_\_\_\_\_

*If you answered "Yes" to question number 9, proceed to question number 10. If you answered "No" to question number 9, proceed to question number 11.*

(10) What are Charles Loft's damages, if any, for breach of the duty of fair representation?

  $ _____

*Please proceed to question number 11.*

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(11)  Did Charles Loft prove that Stationary Engineers Local 39's conduct was outrageous?

Yes _____          No _____

*If you answered "Yes" to question number 11, proceed to question number 12.  If you answered "No" to question number 11, stop here, answer no further questions, and have the presiding juror sign and date this form and notify the bailiff.*

(12)  Did Charles Loft prove that Stationary Engineers Local 39 intended to cause him emotional distress or that Stationary Engineers Local 39 acted with reckless disregard of the probability that he would suffer emotional distress?

Yes _____          No _____

*If you answered "Yes" to question number 12, proceed to question number 13.  If you answered "No" to question number 12, stop here, answer no further questions, and have the presiding juror sign and date this form and notify the bailiff.*

(13)  Did Charles Loft prove that he suffered emotional distress?

Yes _____          No _____

*If you answered "Yes" to question number 13, proceed to question number 14.  If you answered "No" to question number 13, stop here, answer no further questions, and have the presiding juror sign and date this form and notify the bailiff.*

(14)  Did Charles Loft prove that Stationary Engineers Local 39's conduct was a substantial factor in causing his severe emotional distress?

Yes _____          No _____

*If you answered "Yes" to question number 14, proceed to question number 15.  If you answered "No" to question number 14, stop here, answer no further questions, and have the presiding juror sign and date this form and notify the bailiff.*

(15) What are Charles Loft's damages, if any, for the intentional infliction of emotional distress?

$ _____

Have the presiding juror sign and date this verdict form and notify the bailiff.

Signed: _____   Date: _____

     PRESIDING JUROR

6

Case No. 14-CV-00817-LHK
VERDICT FORM