Robert David Baker, Esq. (87314)
ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, CA 95127
(408) 251-3400
facsimile: (408) 251-3401
rbaker@rdblaw.net

Attorney for Plaintiff,
CHARLES LOFT

STEWART WEINBERG, Bar No. 031493
KRISTINA L. HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  sweinberg@unioncounsel.net
              khillman@unioncounsel.net

Attorneys for Defendant
STATIONARY ENGINEERS, LOCAL 39

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES LOFT,<br><br>             Plaintiff,<br>     v.<br><br>STATIONARY ENGINEERS, LOCAL 39, PTF, LLC,<br><br>             Defendant.<br>_____/ | CASE NO. C 14-00817 LHK<br><br><br>STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE; FRCP RULE 41(a)(1)(ii). |

   Whereas, Defendant Stationary Engineers, Local 39 and Plaintiff Charles Loft have entered into a settlement of the above-entitled matter;

   Whereas, the trial date in this matter is scheduled for June 15, 2015;

Whereas the Court denied the Parties' motion to vacate the trial date until a dismissal of the above-entitled matter is file;

Whereas there are material terms of the settlement agreement that have not yet been performed;

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. That the above-entitled matter be dismissed with prejudice.

2. The Court will retain jurisdiction over the settlement agreement to ensure the performance of all terms of the settlement agreement and the terms of the settlement agreement are hereby incorporated in this dismissal. *K.C. ex rel. Erica C. v. Torlakson,* 762 F.3d 963, 965-68 ( 9th Cir.  2014).

IT IS SO STIPULATED

Dated: June 9, 2015  
_____/s/_____  
Robert David Baker, Esq.  
Attorney for Plaintiff

Dated: June 9, 2015  
_____/s/_____  
Kristina Hillman, Esq.  
Attorney for Defendant

### **ORDER**

Based on the above stipulation of the Parties, and for good cause appearing, the Court retains jurisdiction over performance of the terms of the settlement agreement between the Parties, and this matter is dismissed with prejudice

IT IS SO ORDERED.   The Clerk shall close the file.

Dated:  June 10, 2015

*Lucy H. Koh*
Hon. Lucy H. Koh